RECEIVED
IN MONROE, LA

JAN 0 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **WILLIE JEAN BRANDLEY** | * | **CIVIL ACTION NO. 04-2041** |
| **VERSUS** | * | **JUDGE JAMES** |
| **LUCKY VILLAGE OF LOUISIANA, INC.** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff's Motion for Summary Judgment (Document No. 11) is **DENIED**.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the defendant's Motion for Summary Judgment (Document No. 15) is **GRANTED as to the plaintiff's Title VII claims, dismissing them with prejudice, and DENIED as to all other claims.**

THUS DONE AND SIGNED this 3 day of January, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION